IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD OTTO HANSEN, | ) | 4:13CV3098 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE CITY OF SUPERIOR, | ) | |
| NEBRASKA, as a Municipal | ) | |
| Corporation of the State of Nebraska, et | ) | |
| al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis.

(Filing No. 2.)  Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially

eligible to proceed in forma pauperis.

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted,

and the Complaint shall be filed without payment of fees.


DATED this 5th day of June, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S.
District Court for the District of Nebraska does not endorse, recommend, approve, or
guarantee any third parties or the services or products they provide on their Web sites.
Likewise, the court has no agreements with any of these third parties or their Web sites.
The court accepts no responsibility for the availability or functionality of any hyperlink.
Thus, the fact that a hyperlink ceases to work or directs the user to some other site does
not affect the opinion of the court.